# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREAT AMERICAN ASSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> SOONER EMERGENCY SERVICES, INC., *et al.*, <br><br> Defendants. | Case No. 25-CV-058-JFH-GLJ |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gerald L. Jackson. Dkt. No. 60. The Magistrate Judge recommends that the Motion to Dismiss filed by Defendant Sooner Emergency Services, Inc. [Dkt. No. 55] be denied.

Neither party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court. On that basis, Defendant Sooner Emergency Services, Inc.'s Motion to Dismiss [Dkt. No. 55] is DENIED.

IT IS SO ORDERED this 8th day of September 2025.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE