## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

GREAT AMERICAN ASSURANCE CO.,

     **Plaintiff,**

v.

SOONER EMERGENCY SERVICES,
INC., *et al*,

     **Defendants.**

**Case No. 25-CV-058-JFH-GLJ**

## ORDER

Before the Court is the Report and Recommendation [Dkt. No. 88] of United States Magistrate Gerald L. Jackson recommending that Plaintiff Great American Assurance Company's Motion for Summary Judgment [Dkt. No. 66] against Defendants Sooner Emergency Services, Inc., Clayton L. Beddingfield, ASVV Corp., Alpha Logistics Group, Inc., and William Charles Allen be GRANTED. No party objected to the Magistrate Judge's Report and Recommendation within the 14-day period prescribed by 28 U.S.C. § 636(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of the Court. On that basis, Plaintiff's Motion for Summary Judgment [Dkt. No. 66] shall be GRANTED, and judgment shall be entered against the aforementioned Defendants.

IT IS SO ORDERED this 24th day of June 2026.

_____
JOHN F. HEIL, III
CHIEF UNITED STATES DISTRICT JUDGE